DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DANA SANDERS,

Appellant,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

Appellee.

No. 2D2025-3455

————————————————

June 3, 2026

Appeal from the County Court for Hillsborough County; James Giardina, Judge.

Dana Sanders, pro se.

Carlos Cruanes of Andreu, Palma, Lavin & Solis, PLLC, Miami, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.